_____

No. 96-2317
_____

Famie Gaye,                              *
                                         *
          Appellant,                     *
                                         *
     v,                                  *
                                         *
First Commercial Corporation,            *
doing business as First                  *
Commercial Bank; Roy Seiguist,           *
doing business as Pike Station,          *   Appeal from the United States
formerly doing business as Ron's         *   District Court for the
Auto; Luise Armstrong, in her            *   Eastern District of Arkansas.
official capacity; Honorable             *
Joel Cole, in his official               *        **[UNPUBLISHED]**
capacity; the City of North              *
Little Rock,                             *
                                         *
          Appellees,                     *
                                         *
David Gill,                              *
                                         *
          Defendant.                     *

_____

                Submitted:  December 23, 1996

                    Filed:  January 3, 1997
                       _____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
                       _____

PER CURIAM.

     Famie Gaye appeals from the district court's[1] adverse grant of
summary judgment in her 42 U.S.C. § 1983 action.  The district court
properly concluded Gaye failed to show a violation of her federal
constitutional rights, and properly exercised its discretion in declining
supplemental jurisdiction over her state

_____

     [1]The HONORABLE WILLIAM R. WILSON, JR., United States District
Judge for the Eastern District of Arkansas.

law claims.  Accordingly, the judgment of the district court is affirmed.
See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.